IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FRANCISCO GOMEZ, by and
through his next friend,
Lauren Pellien,

      Petitioner,

  v.                                   CIVIL NO. 1:26-CV-57
                                       (KLEEH)

ACTING DIRECTOR, UNITED
STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT et al.,

      Respondents.

<u>ORDER</u>

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Petitioner filed a notice of voluntary dismissal without prejudice. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

DATED: May 29, 2026

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA